PROB 12C
ED/AR (08/2022)

# United States District Court
## for the
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN - 9 2024

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

## SUPERSEDING PETITION
(Replacing previously filed petition, Docket Entry 7)

| | |
|---|---|
| Name of Offender: Brett Maddox | Case Number: 4:23CR00171-DPM-1 |

Name of Sentencing Judicial Officer: Honorable Jimm Larry Hendren
United States District Judge
(Western District of Arkansas)

Name of Reassigned Judicial Officer: Honorable D.P. Marshall, Jr.
Chief United States District Judge
(Jurisdiction accepted June 5, 2023)

Original Offense: Felon in Possession of a Firearm

Date of Sentence: May 13, 2013

Original Sentence: 96 months Bureau of Prisons followed by 36 months supervised release

| | | |
|---|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: | June 6, 2022 |
| | Date Supervision Expires: | June 5, 2025 |
| U. S. Probation Officer: Victoria Fitzhugh | Asst. U.S. Attorney: Amanda Jegley | Defense Attorney: Lawrence Anthony Walker |

## PETITIONING THE COURT

☐ To issue a Warrant, deny the Petition (Docket Entry 7) as moot, and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To deny the Petition (Docket Entry 7) as moot and Supersede with this Petition to be Filed Under Seal
☐ To issue a Summons and deny the Petition (Docket Entry 7) as moot
☒ To deny the Petition (Docket Entry 7) as moot and Supersede with this Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory (2) | **The defendant shall not commit another federal, state, or local crime; the defendant shall be prohibited from possessing a firearm or other dangerous device; and the defendant shall not use, possess or have anything at all to do with any controlled substance.** |

Prob 12C                                    - 2 -                              Superseding Petition

Name of Offender: Brett Maddox                          Case Number: 4:23CR00171-DPM-1

On June 1, 2023, Brett Maddox violated his conditions of supervised release when he struck his wife in the facial area, as evidenced by his arrest for Domestic Battery 3rd Degree, as documented by North Little Rock Police Department arrest/disposition report. On June 6, 2023, Mr. Maddox appeared in the North Little Rock District Court on Case number NLCRC-23-1205, and he pled guilty to Domestic Battery 3rd Degree. He was sentenced as follows: $500 fine, one (1) year probation, no contact with victim, and mental health treatment.

On July 17, 2023, Brett Maddox violated his conditions of supervised release when he threatened to stab and kill his wife, refused to let her out of a locked vehicle, attempted to stab her in the upper torso, and stabbed her in the shin, as evidenced by his charges of Aggravated Assault on Family/Household Member (felony), Domestic Battery 2nd (felony), Terroristic Threats (felony), and False Imprisonment 1st (felony), as documented by Springdale Police Department report 2023-00046196. This case is pending in the Benton County Circuit Court, case number 04CR-23-2430.

On July 22, 2023, Brett Maddox violated his conditions of supervised release when he was found in possession of a stolen vehicle, as evidenced by his arrest for Theft by Receiving, as documented in Fort Smith Police Department report number 230051173-00. This case is pending in the Sebastian County Circuit Court, case number 66FCR-23-798.

| 2 | Standard (7) | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

On March 1, 2023, Brett Maddox violated his conditions of release when he submitted a urine specimen which tested and confirmed positive for the use of amphetamine, methamphetamine and marijuana. Furthermore, on March 1, 2023, Brett Maddox admitted to the use of methamphetamine and marijuana on or about February 27, 2023.

I declare under penalty of perjury that the                The U.S. Attorney's Office submits this petition
foregoing is true and correct.                              to be filed with Criminal Docketing as a motion.

*Victoria Fitzhugh*                                          *Amanda Jegley*

Victoria Fitzhugh                                            Amanda Jegley
U.S. Probation Officer                                       Assistant U.S. Attorney

Executed on   December 13, 2023                              Executed on   1/8/23

Prob 12C      - 3 -      Superseding Petition

Name of Offender: Brett Maddox      Case Number: 4:23CR00171-DPM-1

Approved by:

*/s/ Jason B. Stewart*

Jason B. Stewart
Supervising U.S. Probation Officer

---

THE COURT ORDERS that this document be filed ☐ under seal ☒ as a public document, and
- ☐ a Warrant be issued, Petition (Docket Entry 7) is denied as moot, and directing this Petition be Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only).
- ☐ a Summons be issued, and Petition (Docket Entry 7) is denied as moot.
- ☒ the Petition (Docket Entry 7) is denied as moot and is Superseded by this Petition.
- ☐ Other:

*/s/ D.P. Marshall Jr.*      Date: 9 January 2024

Honorable D.P. Marshall, Jr.
Chief United States District Judge